# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GARCIA, | CASE NO. CV-F-03-6658 REC SMS P |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR THE APPOINTMENT OF AN INVESTIGATOR |
| v. | |
| EDWARD ALMIEDA, et al., | (Doc. 44) |
| Defendants. | |

Plaintiff William Garcia ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On February 18, 2005, plaintiff filed a motion seeking the appointment of an investigator to assist him in locating defendant Vijaya, who remains unserved.

The expenditure of public funds on behalf of an indigent litigant is proper only when authorized by Congress. <u>Tedder v. Odel</u>, 890 F.2d 210 (9th Cir. 1989) (citations omitted). The in forma pauperis statute does not authorize the expenditure of public funds for the appointment of an investigator. 28 U.S.C. § 1915.

Accordingly, plaintiff's motion is HEREBY DENIED.[1]

IT IS SO ORDERED.

**Dated:  May 17, 2005**           /s/ Sandra M. Snyder
i0d3h8                             UNITED STATES MAGISTRATE JUDGE

---

[1] In a separate order, the court directed the Marshal to attempt re-service on defendant Vijaya and to seek the assistance of the Legal Affairs Division.

1