# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GARCIA,<br><br>        Plaintiff,<br><br>    v.<br><br>EDWARD ALMIEDA, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. CV-F-03-6658 REC SMS P<br><br>AMENDED DISCOVERY AND<br>SCHEDULING ORDER<br><br>Discovery Cut-Off Date -      09/14/05<br>Deadline to Amend Pleadings -  10/14/05<br>Dispositive Motion Deadline -   11/14/05 |

    On March 30, 2005, defendant Bradish answered complaint filed on November 24, 2003. Pursuant to Federal Rules of Civil Procedure 1, 16, and 26-36, discovery shall proceed as follows:[1]

    1. Discovery requests shall be served by the parties pursuant to Federal Rule of Civil Procedure 5 and Local Rule 5-135, and shall only be filed when required by Local Rules 33-250(c), 34-250(c), and 36-250(c);

    2. Responses to written discovery requests shall be due forty-five (45) days after the request is first served;

    3. To ensure that the responding party has forty-five (45) days after the request is first served to respond, discovery requests must be served at least forty-five (45) days before the discovery deadline;

    4. Pursuant to Federal Rule of Civil Procedure 30(a), defendants may depose plaintiff and any other witness confined in a prison upon condition that, at least fourteen (14) days before such

---

[1] The amendments to this order are limited to the correction of certain Local Rule citations, necessitated by a revision of the Local Rules effective January 3, 2005.

1

1  a deposition, defendants serve all parties with the notice required by Federal Rule of Civil Procedure
2  30(b)(1); and

3     5. If disputes arise about the parties' obligations to respond to requests for discovery, the
4  parties shall comply with all pertinent rules including Rules 5, 7, 11, 26, and 37 of the Federal Rules
5  of Civil Procedure and Rules 11-110, 7-130, 7-131, 5-133, 5-135, 6-136, 43-142, and 78-230(m) of
6  the Local Rules of Practice for the United States District Court, Eastern District of California.
7  Unless otherwise ordered, Local Rule 37-251 shall not apply. Pursuant to Federal Rule of Civil
8  Procedure 37(a)(2)(A), a motion to compel must be accompanied by "a certification that the movant
9  has in good faith conferred or attempted to confer with the party not making the disclosure in an
10 effort to secure the disclosure without court action." A discovery motion that does not comply with
11 all applicable rules will be stricken and may result in imposition of sanctions.

12     Further:

13     6. The parties are advised that the deadline for the completion of all discovery, including
14 filing motions to compel, shall be September 14, 2005;

15     7. The deadline for amending the pleadings shall be October 14, 2005;

16     8. The deadline for filing pre-trial dispositive motions shall be November 14, 2005;

17     9. This scheduling order applies only to plaintiff and defendant Bradish;

18     10. **A request for an extension of a deadline set in this order must be filed on or before**
19 **the expiration of the deadline in question**; and

20     11. **Extensions of time will only be granted on a showing of good cause.**

21

22 IT IS SO ORDERED.

23 **Dated:   May 17, 2005**            /s/ Sandra M. Snyder
   i0d3h8                   UNITED STATES MAGISTRATE JUDGE
24