# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GARCIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EDWARD ALMIEDA, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. CV-F-03-6658 REC SMS P<br><br>ORDER SETTING MOTION TO COMPEL AND MOTION FOR EXTENSION OF DISCOVERY DEADLINE FOR TELEPHONIC HEARING<br><br>(Docs. 49 and 50)<br><br><u>Telephonic Hearing Date</u>:　June 27, 2005, at 10:30 a.m. in Courtroom 4 (SMS) |

Plaintiff William Garcia ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On April 6, 2005, plaintiff filed a motion for an extension of the discovery deadline and on April 13, 2005, plaintiff filed a motion to compel. (Docs. 49, 50.) Defendants Snow, Nguyen, Smith, and Ramerez[1] ("defendants") filed an opposition to the motion to compel on May 3, 2005, but did not file a response to the motion for an extension. (Doc. 51.) Plaintiff did not file a timely reply.

The court has reviewed plaintiff's motion to compel and defendants' opposition, and deems it necessary to set a telephonic hearing to resolve the pending motion. In addition, the court will address plaintiff's motion for an extension of the discovery deadline.

///

---

[1] The discovery dispute does not involve defendant Bradish.

1

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion to compel and motion for an extension of the discovery deadline are set for a telephonic hearing on **Monday, June 27, 2005, at 10:30 a.m. in Courtroom 4** before the undersigned; and

2. Counsel for defendants is required to arrange for the participation of plaintiff in the telephonic hearing and to initiate the telephonic hearing at **(559) 498-7325**.

IT IS SO ORDERED.

**Dated:    May 17, 2005**             /s/ Sandra M. Snyder
i0d3h8                                 UNITED STATES MAGISTRATE JUDGE