# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GARCIA,<br><br>        Plaintiff,<br><br>    v.<br><br>EDWARD ALMIEDA, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. CV-F-03-6658 REC SMS P<br><br>AMENDED DISCOVERY AND<br>SCHEDULING ORDER<br><br>Discovery Cut-Off Date -      04/27/05<br>Deadline to Amend Pleadings -  05/27/05<br>Dispositive Motion Deadline -   06/27/05 |

On October 14, 2004, defendants Snow, Smith, Nguyen, and Ramerez answered complaint filed on November 24, 2003. Pursuant to Federal Rules of Civil Procedure 1, 16, and 26-36, discovery shall proceed as follows:[1]

    1. Discovery requests shall be served by the parties pursuant to Federal Rule of Civil Procedure 5 and Local Rule 5-135, and shall only be filed when required by Local Rules 33-250(c), 34-250(c), and 36-250(c);

    2. Responses to written discovery requests shall be due forty-five (45) days after the request is first served;

    3. To ensure that the responding party has forty-five (45) days after the request is first served to respond, discovery requests must be served at least forty-five (45) days before the discovery deadline;

    4. Pursuant to Federal Rule of Civil Procedure 30(a), defendants may depose plaintiff and

---

[1] The amendments to this order are limited to the correction of certain Local Rule citations, necessitated by a revision of the Local Rules effective January 3, 2005.

any other witness confined in a prison upon condition that, at least fourteen (14) days before such a deposition, defendants serve all parties with the notice required by Federal Rule of Civil Procedure 30(b)(1); and

5. If disputes arise about the parties' obligations to respond to requests for discovery, the parties shall comply with all pertinent rules including Rules 5, 7, 11, 26, and 37 of the Federal Rules of Civil Procedure and Rules 11-110, 7-130, 7-131, 5-133, 5-135, 6-136, 43-142, and 78-230(m) of the Local Rules of Practice for the United States District Court, Eastern District of California. Unless otherwise ordered, Local Rule 37-251 shall not apply. Pursuant to Federal Rule of Civil Procedure 37(a)(2)(A), a motion to compel must be accompanied by "a certification that the movant has in good faith conferred or attempted to confer with the party not making the disclosure in an effort to secure the disclosure without court action." A discovery motion that does not comply with all applicable rules will be stricken and may result in imposition of sanctions.

Further:

6. The parties are advised that the deadline for the completion of all discovery, including filing motions to compel, shall be April 27, 2005;

7. The deadline for amending the pleadings shall be May 27, 2005;

8. The deadline for filing pre-trial dispositive motions shall be June 27, 2005;

9. This scheduling order applies only to plaintiff and defendants Snow, Smith, Nguyen, and Ramerez;

10. **A request for an extension of a deadline set in this order must be filed on or before the expiration of the deadline in question**; and

11. **Extensions of time will only be granted on a showing of good cause.**

IT IS SO ORDERED.

**Dated:   May 17, 2005**              /s/ Sandra M. Snyder
i0d3h8                                  UNITED STATES MAGISTRATE JUDGE