# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GARCIA, Plaintiff, v. EDWARD ALMIEDA, et al., Defendants. | CASE NO. CV-F-03-6658 REC SMS P |
| | ORDER FOLLOWING TELEPHONIC HEARING, AND GRANTING PLAINTIFF'S MOTION TO COMPEL AND MOTION FOR EXTENSION OF DEADLINES |
| | (Docs. 49 and 50) |
| | Discovery Cut-Off Date: 09/14/05 |
| | Deadline to Amend Pleadings: 10/14/05 |
| | Dispositive Motion Deadline: 11/14/05 |

_______________________________________/

Plaintiff William Garcia ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On June 27, 2005, at 10:30 a.m., a telephonic hearing was held to discuss plaintiff's pending motion to compel and motion for an extension of the discovery deadline.

Plaintiff's motion to compel responses to the five requests set forth in his second request for the production of documents is granted as follows. With respect to request number one, defendants' counsel shall obtain the responsive documents (e.g., inmate appeals, internal disciplinary reports, reports of prior misconduct, etc.) that pertain to acts of medical negligence and deliberate indifference by defendants Snow, Smith, Nguyen, and Ramirez, and redact the complainants' information. Defendants' counsel may either turn the documents over to plaintiff directly or first send the documents to the court for review.

///

With respect to request number two, defendants' counsel shall obtain any documents relating to the suspension or revocation of privileges or licenses of defendants Snow, Smith, Nguyen, and Ramirez. Defendants' counsel may either turn the documents over to plaintiff directly or first send the documents to the court for review.

The motion to compel a response to request number three was voluntarily withdrawn by plaintiff.

With respect to request number four, plaintiff clarified that he is seeking any statements made regarding his complaints. Specifically, plaintiff is seeking data behind the investigation into his inmate appeals (CDC-602 forms) and rules violation reports (CDC-115 forms). Defendants' counsel shall look for any documentation involved in the resolution of plaintiff's inmate appeals relevant to the claims in this action and any documentation pertaining to CDC-115s concerning plaintiff's medical needs from September 2001 to September 2004. Plaintiff is not entitled to the ultimate findings and conclusions, and documentation relating to the ultimate findings and conclusions need not be turned over.

Finally, with respect to request number five, plaintiff is seeking confirmation that defendants Snow, Smith, Nguyen, and Ramirez were on duty on specific days at specific times. Plaintiff shall provide defendants' counsel with a list of the dates and times in question for each defendant by July 1, 2005. Counsel has agreed to investigate and confirm (or deny) the information provided by plaintiff.

Plaintiff's motion for an extension of the discovery deadline is granted. All of the deadlines set forth in the scheduling order applying to plaintiff and defendants Snow, Smith, Nguyen, and Ramirez shall be extended to match the deadlines set forth in the scheduling order applying to plaintiff and defendant Bradish.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion to compel, filed April 13, 2005, is GRANTED, subject to the limitations set forth in this order;

2. In conjunction with request number five, plaintiff shall send defendants' counsel a list of the dates and times he wishes confirmation on by July 1, 2005;

3. Defendants' responses to the four document requests set forth in this order are due on or before July 29, 2005;

4. Plaintiff's motion for an extension of the discovery deadline, filed April 6, 2005, is GRANTED and all deadlines set forth in the scheduling order shall be extended;

5. The deadline for the completion of all discovery, including filing motions to compel, shall be September 14, 2005;

6. The deadline for amending the pleadings shall be October 14, 2005; and

7. The deadline for filing pre-trial dispositive motions shall be November 14, 2005.

IT IS SO ORDERED.

**Dated: June 27, 2005**
icido3

**/s/ Sandra M. Snyder**
UNITED STATES MAGISTRATE JUDGE