LONGYEAR, O'DEA & LAVRA, LLP

3620 American River Drive, Suite 230
Sacramento, California 95864-5923

Tel: 916-974-8500 Fax: 916 974-8510

Van Longyear, CSB No. 84189
Jennifer Marquez, CSB No. 232194

Attorneys for Defendant, R.N. Bradish

FILED

2005 AUG 19 P 3: 26

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT ER
BY
DEPUTY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GARCIA, <br><br> Plaintiff, <br><br> v. <br><br> EDWARD ALMIEDA, DERRAL ADAMS, J. KLARICH, DR. SNOW, DR. VIJAYA, DR. DUNN, DR. DEERING, DR. MEDINA, DR. WHITE, DR. NGUYEN, R.N. BRADISH, M.T.A. RASCO, R.N. SMITH, M.T.A. RAMEREZ, S.M.T.A. OVERLY, <br><br> Defendants. | CASE NO. CIV. F-03-6658 REC SMS P <br><br> **SUBSTITUTION OF ATTORNEYS** |

Defendant, R.N. Bradish, hereby substitutes Van Longyear of the law firm of Longyear, O'Dea & Lavra, LLP, 3620 American River Drive, Suite 230, Sacramento, California 95864, (916) 974-8500, in the place and stead of Robert Collins, Deputy Attorney General and the Attorney General's Office.

I agree to the above substitution.

Dated: ~~June~~ July 5, 2005          _____
                                                          R.N. BRADISH

///

///

///

Substitution of Attorneys
Page 1

1     I agree to the above substitution.

2

3     Dated: June 29, 2005         DEPUTY ATTORNEY GENERAL
                                                  OFFICE OF THE ATTORNEY GENERAL

4

5                                          By: /s/ Robert L. Call

6                                              ROBERT COLLINS
                                             Deputy Attorney General

7

8     I accept the above substitution.

9

10     Dated: July 13, 2005          LONGYEAR, O'DEA & LAVRA, LLP

11

12                                          By: /s/ Van Longyear
                                             VAN LONGYEAR

13

14     IT IS SO ORDERED.

15

16     Dated: Aug. 18, 2005                                       
                                             JUDGE OF THE U.S. DISTRICT COURT

17

18

19     I:\Garcia v. Alameda (CDC)\P-Sub of Atty.wpd

20

21

22

23

24

25

26

27

28

*Garcia v. Alamieda, et al.*
U. S. District Court–Eastern District Case No. CIV. F-03-6658 REC SMS P

### PROOF OF SERVICE

I am a citizen of the United States, employed in the City and County of Sacramento. My business address is 3620 American River Dr., Suite 230, Sacramento, California, 95864. I am over the age of 18 years and not a party to the above-entitled action.

I am familiar with LONGYEAR, O'DEA & LAVRA, LLP's practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and deposited in a U.S. mailbox after the close of each day's business.

On the following date, I served the attached: **SUBSTITUTION OF ATTORNEYS**

_X_ on the parties in this action by causing a true copy thereof to be placed in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing mail.

___ on the parties in this action by causing a true copy thereof to be delivered by hand to the offices of the addressee(s).

___ on the parties in this action by causing a true copy thereof to be telecopied by facsimile to the attorneys of record in the above action.

___ (By Express Mail pursuant to Code of Civil Procedure section 1013.) I deposited each sealed envelope, with the postage prepaid, to be delivered via Federal Express to the party(ies) so designated on the service list.

addressed as follows:

**Plaintiff, In Pro Per:**
William P. Garcia, CDC #J-77945
SATF Corcoran
P.O. Box 5246
Corcoran, CA 93212

**Attorney for Defendant, Edward Alamieda, Derral Adams, J. Klarich, Dr. Snow, Dr. Vijaya, Dr. Dunn, Dr. Deering, Dr. Medina, Dr. White, Dr. Nguyen, MTA Rasco, RN Smith, MTA Ramerez, SMTA Overly:**
Robert Collins
Deputy Attorney General
1300 I Street
P.O. Box 944255
Sacramento, CA 94244-2550

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration is executed on July 13, 2005, at Sacramento, California.

C. McMANAMAN