# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GARCIA, | CASE NO. 1:03-CV-6658-REC-SMS-P |
| Plaintiff, | ORDER DIRECTING UNITED STATES MARSHAL TO RE-ATTEMPT SERVICE ON DEFENDANT VIJAYA |
| v. | |
| EDWARD ALMIEDA, et al., | |
| Defendants. | |
| _____/ | |

On May 18, 2005, the court issued an order directing the United States Marshal to again attempt to serve defendant Vijaya. (Doc. 57.) The Marshal was provided with a medical record bearing defendant's name and was directed by the court to contact the Legal Affairs Division of the California Department of Corrections if necessary. (Id.) On July 28, 2005, the Marshal returned the summons and USM-285 form to the court. (Doc. 64.) Although service was returned un-executed, the court was notified via letter by defendants' counsel that the person sought appears to be Vijaya Kumari Katukota. Defendants' counsel provided the court with information on defendant's current status and location. Based on that information, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward the following documents to the United States Marshal:

    (1) One completed and issued summons for each defendant to be served;

    (2) One completed USM-285 form for each defendant to be served;

    (3) One copy of the complaint filed on November 24, 2003 for each defendant to be served, plus an extra copy for the Marshal;

1

1         (4)     One copy of this order for <u>each</u> defendant to be served, plus an extra copy for the Marshal; and

        (5)     One copy of the court's consent form for <u>each</u> defendant to be served;

2.     Within ten days from the date of this order, the United States Marshal is directed to notify the following defendant of the commencement of this action and to request a waiver of service in accordance with the provisions of Fed. R. Civ. P. 4(d) and 28 U.S.C. § 566(c):

**VIJAYA KUMARI KATUKOTA, M.D.**

3.     The U.S. Marshal is directed to retain the summons and a copy of the complaint in their file for future use.

4.     The United States Marshal shall file the returned waiver of service, or the request for waiver if it is returned as undelivered, as soon as it is received.

5.     If a waiver of service is not returned by a defendant within sixty days of the date of mailing the request for waiver, the United States Marshal shall:

      a.     Personally serve process and a copy of this order upon the defendant pursuant to Rule 4 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c) and shall command all necessary assistance from the California Department of Corrections (CDC) to execute this order. The United States Marshal shall maintain the confidentiality of all information provided by the CDC pursuant to this order.

      b.     Within ten days after personal service is effected, the United States Marshal shall file the return of service for the defendant, along with evidence of any attempts to secure a waiver of service of process and of the costs subsequently incurred in effecting service on said defendant. Said costs shall be enumerated on the USM-285 form and shall include the costs incurred by the Marshal's office for photocopying additional copies of the summons and complaint and for preparing new USM-285 forms, if required. Costs of service will be taxed against the personally served defendant in accordance

with the provisions of Fed. R. Civ. P. 4(d)(2).

6. In the event that defendant makes an appearance in this action by filing an answer, dispositive motion, or other pleading, the U.S. Marshals Service need not personally serve defendant.

7. **In attempting service on defendant, the Marshal shall keep confidential the address information provided by the court.**

8. In the event that defendant either waives service or is personally served, defendant is required to reply to the complaint. 42 U.S.C. § 1997e(g)(2).

IT IS SO ORDERED.

**Dated:** **September 13, 2005**          /s/ Sandra M. Snyder
i0d3h8                              UNITED STATES MAGISTRATE JUDGE