1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   WILLIAM GARCIA,                         CASE NO. 1:03-CV-06658-REC-SMS-P

10              Plaintiff,                  ORDER PROHIBITING ANY FURTHER
                                            FILINGS RELATING TO DEFENDANTS'
11      v.                                  PENDING MOTIONS FOR SUMMARY
                                            JUDGMENT
12   EDWARD ALMIEDA, et al.,

13              Defendants.
     _____/
14

15          Pending before the Court are Defendants' motions for summary judgment.  Both motions

16   have been deemed submitted.  Local Rule 78-230(m).  Neither Plaintiff nor Defendants are to file

17   anything further with respect to these pending motions.  The Court has before it everything it needs

18   to render an opinion via a Findings and Recommendations on the pending motions, and the Court

19   neither requires nor desires any party to weigh in any further in the matter.

20

21   IT IS SO ORDERED.

22   **Dated:    February 1, 2006                      /s/ Sandra M. Snyder**
     icido3                                  UNITED STATES MAGISTRATE JUDGE
23

24
25
26
27
28

                                            1