# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GARCIA, | CASE NO. 1:03-CV-06658-REC-SMS-P |
| Plaintiff, | **ORDER DISREGARDING PLAINTIFF'S DECLARATION REGARDING IN FORMA PAUPERIS STATUS (Doc. 137)** |
| v. | |
| EDWARD ALMIEDA, et al., | **NOTICE AND ORDER FINDING THAT PLAINTIFF IS NOT ENTITLED TO PROCEED IN FORMA PAUPERIS ON APPEAL FILED MARCH 28, 2006 (Doc. 138)** |
| Defendants. | |
| _____/ | |

Plaintiff William Garcia ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On March 15, 2006, the Court granted Defendants Snow, Nguyen, Smith, Ramirez,[1] and Bradish's motions for summary adjudication as to Plaintiff's claims against them. Judgment was <u>not</u> entered, as this action remains pending against unserved Defendant Vijaya Katukota.[2] On March 27, 2006, Plaintiff filed a declaration asserting his eligibility to proceed in forma pauperis on appeal, and on March 28, 2006, Plaintiff filed a notice of appeal "from an order of Summary Judgment/Adjudication entered in this action of the 15 day of March 2006."

Pursuant to the Federal Rules of Appellate Procedure,

A party who was permitted to proceed in forma pauperis in the district-court action

---

[1] Identified as Ramerez in the complaint.

[2] The United States Marshal is in the process of attempting service on Katukota. The status of service on this defendant is being monitored by the Court.

1

> . . . may proceed on appeal in forma pauperis without further authorization, unless:
> (A) the district court - before or after the notice of appeal is filed - certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed in forma pauperis and states in writing its reasons for the certification or finding;
> or
> (B) a statute provides otherwise.

Fed. R. App. P. 24(a)(3).

> The district clerk must immediately notify the parties and the court of appeals when the district court does any of the following:
> (A) denies a motion to proceed on appeal in forma pauperis;
> (B) certifies that the appeal is not taken in good faith; or
> (C) finds that the party is not otherwise entitled to proceed in forma pauperis.

Fed. R. App. P. 24(a)(4).

Because Plaintiff is proceeding in forma pauperis in this action, Plaintiff is entitled to proceed in forma pauperis on appeal unless the Court finds his appeal is not taken in good faith or finds that he is not otherwise entitled to proceed in forma pauperis. For this reason, Plaintiff's declaration filed on March 27, 2005, is disregarded. Fed. R. Ap. P. 24(a)(3). As set forth below, by this order the Court is making a finding that Plaintiff is not entitled to proceed in forma pauperis on appeal. Accordingly, any future motions for leave to proceed in forma pauperis on this appeal must be filed with the Ninth Circuit rather than with this Court.

Plaintiff's appeal of the Court's order of March 15, 2006, is premature because this action is still pending in the district court and judgment has not been entered for Defendants Snow, Nguyen, Smith, Ramirez, and Bradish, and against Plaintiff. Because judgment has not been entered - and will not be entered until the resolution of Plaintiff's remaining claim against Defendant Katukota - Plaintiff's in forma pauperis status is hereby revoked as to the appeal he filed on March 28, 2006, on the ground that the order appealed is not final and appealable.

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's declaration regarding in forma pauperis status, filed March 27, 2006, is DISREGARDED;

2. Plaintiff is not entitled to proceed in forma pauperis on the appeal filed on March 28, 2006;

3. Pursuant to Federal Rule of Appellate Procedure 24(a)(4), this order shall serve as

1 notice to the parties and the United States Court of Appeals for the Ninth Circuit of
2 the finding that Plaintiff is not entitled to proceed in forma pauperis for this appeal;
3 and
4    4. The Clerk of the Court shall serve a copy of this order on the parties and the United
5 States Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

**Dated:  March 29, 2006**                  **/s/ Robert E. Coyle**
668554                                       UNITED STATES DISTRICT JUDGE