UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GARCIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EDWARD ALMIEDA, et al.,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | CASE NO. 1:03-CV-06658-REC-SMS-P<br><br>INFORMATIONAL ORDER ADDRESSING SUBMISSION OF DOCUMENTS FOR <u>IN CAMERA</u> REVIEW ON JULY 29, 2005<br><br>ORDER NOTIFYING COUNSEL THAT IF HE WISHES THE DOCUMENTS PERTAINING TO DEFENDANT SNOW RETURNED TO HIM, HE MUST SO NOTIFY THE COURT WITHIN FIFTEEN DAYS |

　　　　Plaintiff William Garcia ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is currently proceeding against defendant Vijaya Katukota on plaintiff's Eighth Amendment medical care claim.

　　　　On June 28, 2005, the court granted plaintiff's motion to compel and directed defendants Snow, Nguyen, Smith, and Ramirez's counsel to provide responses to four document requests by July 29, 2005. On July 29, 2005, pursuant to the order, counsel provided the court with a response to request number two for <u>in camera</u> review. Subsequently, on March 15, 2006, the court granted defendants Snow, Nguyen, Smith, Ramirez, and Bradish's motions for summary adjudication on plaintiff's claims against them.

　　　　Request number two sought any documents relating to the suspension or revocation of privileges or licenses of defendants Snow, Smith, Nguyen, and Ramirez. The documents provided to the court for <u>in camera</u> review pertained to defendant Snow and consisted of an employment application that contains some information possibly pertinent to plaintiff's request and a letter

1

1 regarding defendant Snow's leave of absence from the California Substance Abuse and Treatment
2 Facility. Because defendant Snow has been granted summary adjudication as to plaintiff's claim
3 against her, plaintiff's request is moot.[1]

4      If counsel would like the documents returned him, he shall so notify the court within **fifteen**
5 **(15)** days. If the court does not hear from counsel in writing within fifteen days, the court shall
6 dispose of document copies.

8 IT IS SO ORDERED.

9 **Dated:   May 5, 2006**                                    **/s/ Sandra M. Snyder**
   icido3                                                               UNITED STATES MAGISTRATE JUDGE

---

[1] The production of defendant Snow's employment application and/or the letter pertaining to defendant's leave of absence to plaintiff would not have had effected the Findings and Recommendations or Order granting defendant Snow's motion for summary adjudication.