# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GARCIA,<br><br>        Plaintiff,<br><br>   v.<br><br>EDWARD ALMIEDA, et al.,<br><br>        Defendants. | CASE NO. 1:03-CV-06658-OWW-SMS-P<br><br>ORDER STRIKING MOTIONS FROM RECORD FOR LACK OF SIGNATURE<br><br>(Docs. 146 and 147) |

     Plaintiff William Garcia ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On August 3, 2006, plaintiff filed a motion to compel and a motion seeking an extension of the discovery deadline. Neither motion bears plaintiff's signature. All filings submitted by the court must bear the signature of the filing party. Local Rule 7-131; Fed. R. Civ. P. 11(a). Pursuant to paragraph two of the First Informational Order, plaintiff's motions are HEREBY STRICKEN FROM THE RECORD for lack of signature.

IT IS SO ORDERED.

Dated:    August 7, 2006                     /s/ Sandra M. Snyder
icido3                                         UNITED STATES MAGISTRATE JUDGE