# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GARCIA,<br><br>    Plaintiff,<br><br>    v.<br><br>EDWARD ALMIEDA, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:03-cv-06658-LJO-SMS PC<br><br>ORDER DENYING MOTION FOR ISSUANCE OF SUBPOENA DUCES TECUM<br><br>(Doc. 167)<br><br>ORDER REQUESTING DEFENDANT'S COUNSEL REVIEW HIS CASE FILE, SEND PLAINTIFF ANY MEDICAL RECORDS HE HAS RELEVANT TO PLAINTIFF'S CLAIM AGAINST DEFENDANT, AND FILE A STATUS REPORT WITH THE COURT, WITHIN THIRTY DAYS |

    Plaintiff William Garcia ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On December 5, 2006, plaintiff filed a motion seeking the issuance of a subpoena duces tecum directing the production of his missing medical records. Defendant Katukota did not file a response.

    Pursuant to Federal Rule of Civil Procedure 45, the court may issues a subpoena commanding the production of documents from a non-party. However, in this instance plaintiff is seeking documents which are missing from his medical file. Plaintiff has submitted no information concerning where the documents are or who has them. Absent information on who to serve with the subpoena and where the records are located, the court cannot issue a subpoena. The court understands that plaintiff is attempting to locate the missing documents but the court cannot direct the production of documents when there has been no showing that they are in the care, custody, and

control of an individual or entity. A subpoena duces tecum may not be used to conduct an investigation into missing records.

Defendant's counsel also represented defendants Snow, Nguyen, Smith, and Ramirez[1] in this action. Those defendants were granted summary adjudication as to the claims against them on March 15, 2006. As a result of the defense of this suit on behalf of defendants Snow, Nguyen, Smith, and Ramirez, counsel's file contains some medical records from plaintiff's file. Counsel is requested to review his case file and if the file contains any medical records relevant to plaintiff's claim against defendant Katukota, to send plaintiff copies of those records. If plaintiff does not have the records, if the records are no longer in plaintiff's medical file, and if defendant's counsel does not have possession of the records stemming from his representation of defendants Snow, Nguyen, Smith, and Ramirez, there is nothing further the court can do at this time on the record before it.

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's motion for the issuance of a Rule 45 subpoena, filed December 5, 2006, is DENIED; and

2. Within **thirty (30) days** from the date of service of this order, defendant's counsel is requested to (1) review his case file, (2) send plaintiff any medical records relevant to plaintiff's claim against defendant Katukota, and (3) file a status report with the court.

IT IS SO ORDERED.

**Dated:   May 9, 2007**              /s/ Sandra M. Snyder
                                             UNITED STATES MAGISTRATE JUDGE

---

[1] Identified as Ramerez in the complaint.

2