# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GARCIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EDWARD ALMIEDA, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:03-cv-06658-LJO-SMS PC<br><br>ORDER STRIKING DUPLICATIVE MOTION FROM RECORD<br><br>(Doc. 183)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR A THIRTY-DAY EXTENSION OF TIME TO FILE A MOTION FOR RECONSIDERATION<br><br>(Doc. 182) |

Plaintiff William Garcia ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On May 10, 2007, the court issued three orders addressing plaintiff's pending discovery motions. On July 2, 2007, plaintiff filed a motion seeking an extension of time to file an objection, and on July 23, 2007, plaintiff filed a second motion seeking an extension of time. Plaintiff's second motion is duplicative and shall be stricken from the record.

Unlike with the issuance of a finding and recommendation, there is no provision for plaintiff to file an objection to the court's final orders. Plaintiff's recourse is limited to seeking reconsideration of the orders, which requires a party to set forth facts or law of a strongly convincing nature to induce the court to reverse its prior decision. Cf. Fed. R. Civ. P. 60 (governing motions for reconsideration of final orders and judgments); Local Rule 78-230(k) (governing motions for

///

1  reconsideration of orders resolving motions).  Plaintiff's motion shall be construed as one seeking
2  an extension of time to file a motion for reconsideration.
3      Accordingly, plaintiff's motion for an extension of time, filed July 23, 2007, is HEREBY
4  STRICKEN as duplicative.  Plaintiff's motion for an extension of time to file a motion for
5  reconsideration, filed July 2, 2007, is HEREBY GRANTED, and plaintiff has **thirty (30) days** from
6  the date of service of this order to file his motion.

8  IT IS SO ORDERED.
9  **Dated:   July 27, 2007**                              /s/ Sandra M. Snyder
                                                     UNITED STATES MAGISTRATE JUDGE