# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GARCIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EDWARD ALMIEDA, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:03-cv-06658-LJO-SMS PC<br><br>ORDER GRANTING MOTION TO DISREGARD FILINGS OF AUGUST 1, 2007, AND AUGUST 2, 2007<br><br>(Doc. 187)<br><br>ORDER STRIKING MOTIONS<br><br>(Docs. 185 and 186) |

　　Plaintiff William Garcia ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On August 1, 2007, plaintiff filed an objection to the court's discovery orders and on August 2, 2007, plaintiff filed a cover sheet, entitled motion, for his objections. On August 6, 2007, plaintiff filed a motion requesting that the court disregard his two previous filings and allow him additional time to file a motion for reconsideration. On August 10, 2007, plaintiff filed a motion for reconsideration.

　　Plaintiff's motion to disregard his objections and cover sheet is HEREBY GRANTED (doc. 187), and the filings of August 1, 2007, and August 2, 2007, are HEREBY STRICKEN from the record (docs. 185 and 186). Defendant's response, if any, shall be directed to the motion for reconsideration filed by plaintiff on August 10, 2007. (Doc. 188.)

IT IS SO ORDERED.

**Dated:** 　August 15, 2007　　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1