# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GARCIA,<br><br>        Plaintiff,<br><br>    v.<br><br>EDWARD ALMIEDA, et al.,<br><br>        Defendants. | CASE NO. 1:03-cv-06658-LJO-SMS PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND GRANTING DEFENDANT KATUKOTA'S MOTION FOR SUMMARY ADJUDICATION ON THE CLAIM AGAINST HER<br><br>(Docs. 197 and 204)<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT FOR DEFENDANTS AND AGAINST PLAINTIFF |

Plaintiff William Garcia ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On May 23, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. Plaintiff filed an Objection on June 24, 2008.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.    The Findings and Recommendations, filed May 23, 2008, is adopted in full;

1

1    2.   Defendant Katukota's motion for summary adjudication, filed September 17, 2007, is GRANTED, thus concluding this action in its entirety; and

3.   The Clerk of the Court shall enter judgment for Defendants Katukota,[1] Snow, Nguyen, Smith, Ramirez,[2] and Bradish, and against Plaintiff.[3]

IT IS SO ORDERED.

**Dated:   July 7, 2008**              /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

---

[1] Identified as Vijaya in the complaint.

[2] Identified as Ramerez in the complaint.

[3] Summary adjudication was granted in favor of Defendants Snow, Nguyen, Smith, Ramirez, and Bradish on March 15, 2006.  (Doc. 135.)